IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ARREST WARRANT ) ) ) ) ) | Misc. No. 8:22-mj-24<br><br>**(UNDER SEAL)** |

## ORDER

This matter is before the Court on the Government's motion to seal and designate a filing as a Highly Sensitive Document in accordance with the Standing Order Regarding Procedures for the Filing, Service and Management of Highly Sensitive Documents, filed January 19, 2021, in 3:21-MC-00020-RBH [ECF #1]. Upon consideration, the Court finds the Government's significant interest in sealing and filing the forthcoming document outside the Court's electronic filing system outweighs the common-law public interest in access and is "essential to preserve higher values." *See Media Gen. Operations, Inc. v. Buchanan*, 417 F.3d 424, 429-31 (4th Cir. 2005).

For good cause shown, the Court grants the Government's motion and orders that said documents are to be treated as highly sensitive documents and filed outside of the Court's electronic filing system until further order of this Court in accordance with the above-referenced Standing Order.

**IT IS SO ORDERED.**

*/s/ Jacquelyn D. Austin*
JACQUELYN D. AUSTIN
UNITED STATES MAGISTRATE JUDGE

June 2, 2022
Greenville, South Carolina