AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| United States of America | ) |
| v. | ) |
| | ) Case No. 8:22-mj-24 |
| JONATHAN TRENT PATTERSON | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 18, 2022, to May 30, 2022__ in the county of __Anderson__ in the _____ District of __South Carolina__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 875(c) | Threat to Injure - unlawful to transmit in interstate or foreign commerce any communication containing any threat to kidnap any person or any threat to injure the person of another. |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

s/ Erin F. Carlisle
*Complainant's signature*

Erin F. Carlisle, SA FBI
*Printed name and title*

Sworn to before me and signed ~~in my presence.~~ via telephone

Date: June 2, 2022

[Judge's signature]
*Judge's signature*

City and state: Greenville, South Carolina

JACQUELYN D. AUSTIN, U.S. Magistrate Judge
*Printed name and title*