UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

**ATTACHMENT TO CRIMINAL COMPLAINT**
**AND**
**AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR AN ARREST WARRANT**

I, Erin F. Carlisle, a Special Agent with the Federal Bureau of Investigation, being duly sworn, depose and state as follows:

**INTRODUCTION**

1. I am a Special Agent with the Federal Bureau of Investigation (FBI), United States Department of Justice, and I have served in that capacity since March 2017. As part of my law enforcement duties, I am statutorily charged with investigating federal criminal violations, including threatening communications utilizing interstate or foreign commerce under federal law. As a Federal Agent, your Affiant is authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States. I have been the investigating case agent involving numerous federal violations to include murder, murder-for-hire, sexual assault, bank robbery, kidnapping, firearms violations, possession and distribution of child pornography, and fraud against the government. In the course of these investigations, I have obtained numerous search warrants, arrest warrants, and have assisted with multiple Title III affidavits.

2. As part of the aforementioned criminal investigations, I have training and experience dealing with electronic evidence and prepared multiple search warrant affidavits supporting warrants for information maintained by telephone and internet service providers, authorizing forensic

1

searches of cellular telephones, computers, and other electronic devices. I have received training, both formal and informal, in the investigation of communications received, obtained, and distributed via the internet, and have worked with numerous experienced law enforcement officers investigating these crimes.

3. This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter. The facts in this Affidavit come from your Affiant's personal observations, training, experience, and information obtained from other law enforcement personnel involved in these investigations along with a review of records obtained during the course of this investigation.

4. Based upon my training and experience and facts as set forth in this Affidavit, your Affiant believes there is probable cause to believe that violations of Title 18 U.S.C. 875(c), which makes it unlawful to transmit in interstate or foreign commerce any communication containing any threat to kidnap any person or any threat to injure the person of another, have occurred within the District of South Carolina by Jonathan Trent Patterson.

5. The statements contained in this Affidavit are based in part on written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents; the results of physical and electronic surveillance conducted by law enforcement agents; independent investigation and analysis by law enforcement agents/analysts and computer forensic professionals; and my experience, training and background as a Special Agent. Since this Affidavit is being submitted for the limited purpose of securing a complaint

2

and arrest warrant, I have not included each and every fact known to me concerning this investigation.

## STATUTORY AUTHORITY

6. As noted above, this investigation concerns alleged violations of the following: Title 18 U.S.C. 875(c), which makes it unlawful to transmit in interstate or foreign commerce any communication containing any threat to kidnap any person or any threat to injure the person of another.

## BACKGROUND OF THE INVESTIGATION AND PROBABLE CAUSE

7. On April 18, 2022, Anderson County Sheriff's Office (ACSO) was notified of threatening communications received by Belton Honea Path High School in Honea Path, South Carolina. ACSO began an investigation into the threats and found Belton Honea Path High School received a threat via an online fax service, FaxZero, on April 18, 2022. The message was sent from an email address, xxxxxxxxxxxxxxxxxxxx.xxx, from sender "Bhp shit show[1]." The message stated, "I'm shooting up the school soon" and included three attachments. Each of the attachments included the same threatening message, "I'm going to shoot up the school tomorrow bitches."

8. On April 19, 2022, Anderson County School District 2 (ACSD2) employees received additional threats via email and FaxZero. At approximately 3:16 pm on April 19, 2022, an

---

[1] Your affiant is aware, in order to utilize FaxZero services, a user is able to input any information they wish into the sender and recipient name fields, fax number of sender and return fax number. The only information confirmed by FaxZero is the email address of the sender and IP address utilized for the transmission.

3

ACSD2 employee received a threatening email with the subject line, "SHOOT UP THE SCHOOL." The body of the email contained a separate threat which read, " IM GOING TO SHOOT UP THE FUCKEN SCHOOL IF YOU DONT LET ME GRADUATE OR JUST BECAUSE I WANT TO LOL." The email was received from xxxxxxxxxxxxxxxxxxxxxxxxxx.com[2].

9. A short time later, on April 19, 2022, at approximately 3:47 pm, the same ASD2 employee received a second threatening email with the subject line, "I have had enough of this fucken shitty school." The email contained a separate threat which read, "IVE HAD ENOUGH OF THIS FUCKEN SHITTY SCHOOL PREPARE TO DIE IM GOING TO SHOOT THIS MOTHER FUCKER UP." The email was received from xxxxxxxxxxxxxxxxxxxxxxxxxx.com[3].

10. ASD2 employees continued to receive additional threatening email messages on April 21, 2022, from xxxxxxxxxxxxxxxxxxxxxxxxxx.com. At approximately 3:37 pm on April 21, 2022, eighteen employees with ASD2 received an email from xxxxxxxxxxxxxxxxxxxxxxxxxx.com with the subject line, " im goung to shoot the school up lol." The email contained five attachments:

Title: shooter.docx

---

[2] Proton mail is an online email server based in Sweden available to anyone worldwide with an internet connection. Users may utilize proton mail services at no cost or by paying a fee.

[3] Proton mail is an online email server based in Sweden available to anyone worldwide with an internet connection. Users may utilize proton mail services at no cost.

4

Message: *I'm going to shoot up the school bitches*

Date last saved: 4/21/2022 3:24 PM

Last saved by: Trent Patterson


Title: bomb.docx

Message: *I hid a bomb some where in the school bitches can't find it nigger (emoji)(emoji)*

Date last saved: 4/21/2022 3:30 PM

Last saved by: Trent Patterson


Title: shooter(1).docx

Message: *I'm going to shoot up the school bitches*

Date last saved: 4/21/2022 3:23 PM

Last saved by: Trent Patterson


Title: Hitlist.docx

Message: *Who ever the fuck I can hit*

Date last saved: 4/21/2022 3:28 PM

Last saved by: Trent Patterson

Tile: Fuck.docx

Message: *What the fuck did you just fucking say about me, you little bitch? I'll have you know I graduated top of my class in the Navy Seals, and I've been involved in numerous secret raids on Al-Quaeda, and I have over 300 confirmed kills. I am trained in gorilla warfare and I'm the top sniper in the entire US armed forces. You are nothing to me but just another target. I will wipe you the fuck out with precision the likes of which you have never been seen before on this Earth, mark my fucking words. You think you can get away with saying that shit to me over the Internet? Think again, fucker. As we speak I am contacting my secret network of spies across the USA and your IP is being traced right now so you better prepare for the storm, maggot. The storm that wipes out the pathetic little thing you call your life. Your life. You're a fucking dead, kid. I can be anywhere, anytime, and I can kill you in over 700 ways, and that's*

5

*just with my bare hands. Not only am I extensively trained in unarmed combat, but I have access to the entire arsenal of the United States Marine Corps and I will use it to its full extent to wipe your miserable ass off the face of the continent, you little shit. If only you could have known what unholy retribution your little "clever" comment was about to bring down upon you, maybe you would have held your fucking tongue. But you couldn't, you didn't, and now you're paying the price, you goddamn idiot. I will shit fury all over you and you will drown in it. You are fucking dead, kiddo*

Date last saved: 4/21/2022 3:32 PM

Last saved by: Trent Patterson

11. On May 18, 2022, at 1:20 AM, Tri-County Technical College received an electronic fax from FaxZero. The message was sent utilizing email address xxxxxxxxxxxxxxxxxxxxxxx.com with the message, "I'm going to shoot up the school bitches."

12. On May 18, 2022, at 1:28 AM, Belton Honea Path High School received an electronic fax from FaxZero. The message was sent utilizing email address xxxxxxxxxxxxxxxxxxxxxxx.com with the message, "I'm going to shoot up the school bitches."

13. ACSO was able to identify through investigative efforts a Jonathan Trent Patterson, hereafter referred to as Patterson, residing at xxx xxxxxxxxxxx xxxxxx, Belton, South Carolina, xxxxx. Patterson is a former student of Belton Honea Path High School, Anderson School District 2 school, and Tri-County Technical College from which he was expelled in the Spring of 2021. Based on the aforementioned information, ACSO secured and executed a search warrant for xxx xxxxxxxxxxx xxxxxx, Belton, South Carolina on May 18, 2022.

14. On May 18, 2022, ACSO investigators executed a state search warrant on Patterson's residence based upon the ongoing investigation into threatening communications to Belton Honea Path

6

High School, Anderson School District 2, and Tri-County Technical College. Law enforcement located multiple electronic devices during a search of the residence and property on that date. The devices were entered into evidence with the ACSO. All the devices were transferred into custody with the FBI on June 1, 2022, and are in secure storage within the District of South Carolina.

15. On May 26, 2022, at 7:51 PM, Tri-County Technical College received a threatening email message on from xxxxxxxxxxxxxxxxxxxxxxxx. The subject line, "hell yea," and contained an attachment which read, "I'm going to shoot up the school tomorrow." In response, Tri-County Community College cancelled classes for May 27, 2022, at all campuses in the upstate of South Carolina.

16. Additionally on May 26, 2022, three additional faxes from FaxZero were sent to multiple recipients between approximately 9:29 PM and 9:35 PM. The messages were sent utilizing email address xxxxxxxxxxxxxxxxxxxxxxxx. The messages all referenced a threat to 'shoot up the school tomorrow.' One of the recipients of the faxes was Anderson School District 2.

17. At 9:35 PM on May 26, 2022, an employee with Anderson School District 3 received an email with an attachment with the threat, "I'm going to shoot up the school tomorrow," included. The email was sent from xxxxxxxxxxxxxxxxxxxxxxxxx.

18. On or about May 27, 2021, the FBI in Greenville, South Carolina, was briefed on the investigation and opened a federal investigation. The FBI began actively working to assist ACSO with the investigation. Just after 4:00 PM on May 27, 2021, Agent Evanina and Task

Force Officer Gebing spoke with Patterson, xxxxxx xxxxx Patterson, Johnny Dwayne Patterson, and xxxxxx xxxxxxx Patterson at their residence. When confronted with his (Patterson's) name being listed in the 'last saved by' area of five documents sent to the aforementioned locations, Patterson stated he was being framed by another Tri-County Technical College student and former classmate whose name he provided to the FBI. According to Tri-County Technical College both Patterson and the other named individual were registered in Computer Technology there in 2021.

19. Patterson informed law enforcement the other named individual was responsible for Patterson's expulsion from Tri-County Technical College in 2021. Due to the complaints documented and presented to Tri-County Technical College, Patterson was expelled from the school.

20. Patterson stated to the FBI agents on May 27, 2021, that his cellular telephone was removed from his residence by ACSO the week prior during the execution of the state search warrant. The only phones, according to the family, left in the residence following the execution of the state search warrant did not belong Patterson.

21. According to records provided by Proton, on May 27, 2022, at approximately 8:27 PM, an email address, xxxxxxxxxxxxxxxxxxxxxxxx.com was created.

22. In response to a request for assistance from a foreign law enforcement agency, Proton Mail provided law enforcement with the following information relating to the email xxxxxxxxxxxxxxxxxxxxxxxx.com and xxxxxxxxxxxxxxxxxxxxxxxx.me:

Username: xxxxxxxxxxxxxxxx

User ID: 77108927

Creation Time: May 28, 2022 00:27:30 UTC (May 27, 2022 20:27:30 EDT)

Last Activity Time: May 31, 2022 01:37:15 UTC (May 30, 2022 21:37:15 EDT)

IP: 71.12.211.14

Username: xxxxxxxxxxxxxxxx

User ID: 77017711

Creation Time: May 27, 2022 01:22:00 UTC (May 26, 2022 21:22:00 EDT)

Last Activity Time: May 27, 2022 01:32:33 UTC (May 26, 2022 21:32:33 EDT)

IP: 88.86.117.130

23. On May 27, 2022, between approximately 8:59 PM and 9:36 PM, at least seven attempts were made to send a fax from FaxZero utilizing two email addresses xxxxxxxxxxxxxxxxxxxxxxxxx.com and xxxxxxxxxxxxxxxxxxxxxxxxx. Each of the faxes included an attachment which stated, "I'm going to shoot up the school tomorrow." The first six attempted fax transmissions had the same following information included:

Sender Name: *Nigger*

Sender Email: xxxxxxxxxxxxxxxxxxxxxxxxx.com

Recipient Name: *Nigger*

Attachment Name: *Im going to shoot the.docx*

Attachment Content: *I'm going to shoot up the school tomorrow*

The seventh fax was sent to Trumbull Career and Technical Center in Warren, Ohio, at approximately 9:36 PM on May 27, 2022. The details are as follows:

Sender Name: xxx xxx xxxx

Sender Email: xxxxxxxxxxxxxxxxxxxxxxxx

Recipient Name: xxxxxxxxxx

Attachment Name: *Im going to shoot the.docx*

Attachment Content: *I'm going to shoot up the school tomorrow*

24. Threats continued to be received by multiple individuals and entities over the next three days, May 28th – May 30th, 2022, utilizing FaxZero and email address xxxxxxxxxxxxxxxxxxxxxxxxx.com.

25. On June 1, 2022, law enforcement was able to identify the IP address, 71.12.211.14, provided by Proton for email address xxxxxxxxxxxxxxxxxxxxxxxxx.com, was registered to Charter Communications. Charter Communications responded to an emergency disclosure and provided law enforcement with the following registered information for IP address 71.12.211.14:

Subscriber Name: Xxxxxx xxxxxxxxx

Subscriber Address: xxx xxxxxxxxxxx xxxxxx, Belton, South Carolina xxxxx

26. On June 2, 2022, your affiant along with other law enforcement officers executed a federal search warrant on xxx xxxxxxxxxxx xxxxxx, Belton, South Carolina xxxxx. During the course of the search warrant multiple computers, laptops, cellular telephones and other electronic devices were found within the residence.

27. While the search of the residence was conducted, your affiant and SA Grafton interviewed Patterson while at the residence. Patterson was informed he was not under arrest at the time of the conversation but was provided with his Miranda Warnings. Patterson stated he understood his rights and he wished to speak with law enforcement. Patterson stated he sent threatening emails, faxes, and text messages to multiple individuals to include Tri-County Technical College, and others. When asked why, Patterson stated he believed it would "be funny." Patterson chose to send messages to Tri-County Technical College because he was upset with them for expelling him from their program.

28. Patterson recalled sending electronic faxes to recipients but could not recall the number of faxes he sent or if the faxes were successfully received.

29. Patterson gathered information such as email addresses from searching the internet and specifically from schools' websites. The websites provided Patterson with the email addresses he chose to use as recipients of threatening faxes or email messages.

30. Following the execution of the state warrant by ACSO, Patterson began using an old phone belonging to a family member. Patterson downloaded a virtual machine onto the phone in order to create documents to send as threatening messages between May 26, 2022, and May 31, 2022.

31. Patterson is familiar with and utilizes VPN services in an attempt to conceal his IP address in an effort to hide his identity. The "Patterson Family VPN" is used at the residence. Patterson downloads a free VPN from the internet each week on Monday, if he wishes to continue using

a VPN.

## CONCLUSION

32. Based on the foregoing, there is probable cause to believe that the federal criminal statute cited herein has violated by Jonathan Trent Patterson in the District of South Carolina. I respectfully request that this Court issue an arrest warrant for Jonathan Trent Patterson.

s/ Erin Carlisle
Erin F. Carlisle, Special Agent
Federal Bureau of Investigation

Sworn and subscribed before me this 2nd day of June 2022. *by telephone*

JACQUELYN D. AUSTIN
UNITED STATES MAGISTRATE JUDGE
Greenville, South Carolina