IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. <u>8:22-mj-24</u> |
| | ) | |
| vs. | ) | |
| | ) | |
| JONATHAN TRENT PATTERSON | ) | **ORDER TO UNSEAL** |

This matter comes before the Court on motion of the United States for order to unseal this case. Due to the Complaint, Arrest Warrant, and supporting Affidavit having the status of being Highly Sensitive Document(s) (in accordance with the Standing Order Regarding Procedures for Highly Sensitive Documents, filed January 19, 2021, in 3:21-MC-00020-RBH) they will remain sealed.

The government also seeks permission to file a redacted version of the affidavit in the unsealed case.

The Court find these requests to be reasonable and so:

It is THEREFORE ORDERED that the case is unsealed, and

It is FURTHER ORDERED that the government may file a redacted version of the affidavit in the unsealed case.

IT IS SO ORDERED.

*(signature)*
JACQUELYN D. AUSTIN
UNITED STATES MAGISTRATE JUDGE

June   3  , 2022
Greenville, South Carolina

1