IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. <u>8:22-mj-24</u> |
| | ) | |
| vs. | ) | |
| | ) | **MOTION TO REMOVE** |
| JONATHAN TRENT PATTERSON | ) | **STATUS AND UNSEAL** |

Now comes the undersigned counsel for the government and moves this Court for an order unsealing this case. The Complaint, Arrest Warrant, and supporting Affidavit were originally classified and sealed due to having the status of Highly Sensitive Document(s) (HSD) (in accordance with the Standing Order Regarding Procedures for Highly Sensitive Documents, filed January 19, 2021, in 3:21-MC-00020-RBH).

Since that time the government has determined that the HSD classification is no longer necessary and now moves this Court to remove that status and requests that the original arrest warrant affidavit be filed under seal and a redacted arrest warrant affidavit then be filed to protect personal and sensitive information from public dissemination.

I SO MOVE.

                                                   Respectfully submitted,

                                                   COREY F. ELLIS
                                                   UNITED STATES ATTORNEY

                                                   By: <u>s/Max Cauthen, III</u>
                                                   Max Cauthen, III
                                                   Assistant United States Attorney
                                                   DC # 6732
                                                   55 Beattie Place, Suite 700
June 6, 2022                                   Greenville, SC 29601