IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. <u>8:22-mj-24</u> |
| | ) | |
| vs. | ) | |
| | ) | **ORDER TO REMOVE** |
| JONATHAN TRENT PATTERSON | ) | **STATUS AND UNSEAL** |

  This matter comes before the Court on motion of the United States for order to unseal this case. The Complaint, Arrest Warrant, and supporting Affidavit were originally classified and sealed due to having the status of Highly Sensitive Document(s) (HSD) (in accordance with the Standing Order Regarding Procedures for Highly Sensitive Documents, filed January 19, 2021, in 3:21-MC-00020-RBH). Since that time the government has determined that the HSD classification is no longer necessary and so moves the Court to remove that status and requests that the original arrest warrant affidavit be filed under seal and a redacted arrest warrant affidavit then be filed to protect personal and sensitive information.

  The Court find these requests to be reasonable and so:

  It is THEREFORE ORDERED, that the Highly Sensitive Document(s) classification status is removed for the Complaint, Arrest Warrant, and supporting Affidavit; and

  It is FURTHER ORDERED that the case is unsealed and the government may file a redacted version of the arrest warrant affidavit.

  IT IS SO ORDERED.

 

                                                                                       _/s/ Jacquelyn D. Austin_
                                                                                     JACQUELYN D. AUSTIN
                                                                                     UNITED STATES MAGISTRATE JUDGE

June   6  , 2022
Greenville, South Carolina