AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of South Carolina

United States of America
v.
JONATHAN TRENT PATTERSON

Case No. 8:22-mj-24

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* JONATHAN TRENT PATTERSON,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 875(c) - Threat to Injure - unlawful to transmit in interstate or foreign commerce any communication containing any threat to kidnap any person or any threat to injure the person of another.

Date: June 2, 2022

*Issuing officer's signature*

City and state: Greenville, South Carolina

JACQUELYN D. AUSTIN, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* June 2, 2022, and the person was arrested on *(date)* June 3, 2022
at *(city and state)* Anderson, SC.

Date: June 13, 2022

*Arresting officer's signature*

Erin F. Carlisle, SA FBI
*Printed name and title*