IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. <u>8:22-mj-24</u> |
| | ) | |
| vs. | ) | |
| | ) | <u>MOTION TO EXTEND TIME FOR</u> |
| | ) | <u>GRAND JURY PRESENTATION</u> |
| JONATHAN TRENT PATTERSON | ) | |

The United States of America, by and through its undersigned counsel, hereby moves to extend the time in which to seek an indictment in the above-captioned matter.

The defendant was arrested and made his initial appearance on June 3, 2022, pursuant to a Complaint charging violation of Title 18, United States Code, Section 875(c), and the investigation continues along with some twenty-five plus electronic devices to be examined.

The Federal Grand Jury serving the Greenville Division last convened on June 14, 2022, too short a period to obtain the necessary information for presentation to the Grand Jury. The Federal Grand Jury serving the Greenville Division next convenes on July 12, 2022, more than thirty days beyond the defendant's initial appearance. The government previously obtained an Order extending presentation for indictment of this case to the July term of the Grand Jury on June 7, 2022. ECF # 19. Presentation to the Grand Jury outside of the thirty-day period would violate the Speedy Trial Act unless the period is extended.

The government is requesting this second extension due to the substantial number

of electronic devices which were seized and that must be examined due to the nature of the case involving electronically transmitted threats.

The undersigned has contacted William Yarborough, Esq., counsel for the defendant, and has obtained his consent to this second motion for an extension and, who indicated the defendant waives his right to a speedy trial.

Based on the foregoing, the United States of America moves to extend the time in which it may seek an indictment against this defendant up to and including August 9, 2022. Should the Court grant this motion, the extended time would be excludable under the provisions of Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iii).

> Respectfully submitted,
>
> COREY F. ELLIS
> UNITED STATES ATTORNEY
>
> By: s/Max Cauthen, III
> Max Cauthen, III
> Assistant United States Attorney
> DC # 6732
> 55 Beattie Place, Suite 700
> Greenville, SC 29601

June 23, 2022