IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 8:22-mj-24 |
| | ) | |
| vs. | ) | |
| | ) | ORDER EXTENDING |
| JONATHAN TRENT PATTERSON | ) | TIME TO INDICT |

This matter arises from the Government's Motion to extend the time in which it may seek an Indictment against the above-named defendant.

The Federal Grand Jury serving the Greenville Division last convened on June 14, 2022, too short a period to obtain the necessary information for presentation to the Grand Jury. The Federal Grand Jury serving the Greenville Division next convenes on July 12, 2022, more than thirty days beyond the defendant's initial appearance. The government previously obtained an Order extending presentation for indictment of this case to the July term of the Grand Jury on June 7, 2022. ECF # 19. Presentation to the Grand Jury outside of the thirty-day period would violate the Speedy Trial Act unless the period is extended.

The government is requesting this second extension due to the substantial number of electronic devices which were seized and that must be examined due to the nature of the case involving electronically transmitted threats.

Government counsel indicates he has contacted William Yarborough, Esq., counsel for the defendant, and has obtained his consent to this motion and, who indicated the

defendant waives his right to a speedy trial.

This period of delay is approved by the Court and is therefore excludable under the provisions of Title 18, United States Code, Sections 3161(h)(7)(A) and Section 3161(h)(7)(B)(iii) of the Speedy Trial Act of 1974, and it is the finding of this Court that the ends of justice in granting a continuance outweigh the best interest of the public and the defendant to a more speedy trial of this matter.

NOW, IT IS HEREBY ORDERED that the period of time in which the Government may seek an Indictment in this case is extended to August 9, 2022. The delay resulting from the extension is excludable under the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iii).

AND IT IS SO ORDERED.

_____
HENRY M. HERLONG, JR.
SENIOR UNITED STATES DISTRICT JUDGE

June 23, 2022
Greenville, South Carolina